**BONAKDAR LAW FIRM**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorneys for Defendants, INDERBIR SINGH GREWAL, GUNJIT GREWAL, AND GREWAL BROTHERS FARMING

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINANCIAL INDEMNITY COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>INDERBIR SINGH GREWAL, GUNJIT GREWAL, GREWAL BROTHERS FARMING, RICHARD RYAN ORTIZ, JR., and NICHOLAS N. CASELLA,<br><br>  Defendants. | Case No. 14-cv001332-GSA<br><br>**STIPULATION RE. REQUEST FOR DEFAULT AND FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING; ORDER**<br><br>(Doc. 16) |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff, FINANCIAL INDEMNITY COMPANY (herein "Plaintiff"), and Defendants INDERBIR SINGH GREWAL; GUNJIT GREWAL; AND GREWAL BROTHERS FARMING (herein collectively "Defendants"), by and through their respective counsel of record, enter this Stipulation to Set Aside Clerk's Entry of Default Against Defendants Inderbir Singh Grewal, Gunjit Grewal, and Grewal Brothers Farming, based upon the below Recitals and Stipulation.

///

///

*RECITALS*

WHEREAS, on or about August 25, 2014, Plaintiff filed its Complaint in the Eastern District of California, entitled *Financial Indemnity Company v. Inderbir Singh Grewal, Gunjit Grewal, Grewal Brothers Farming, Richard Ryan Ortiz, Jr., and Nicholas N. Casella*, a United States District Court Case No. 14-cv-001332 (the "Action").

WHEREAS, on or about September 24, 2014, the parties stipulated to extend the time for Defendants to file an Answer or responsive pleading;

WHEREAS, Defendants requested additional time to file an Answer or responsive pleading;

WHEREAS, due to a mutual and inadvertent breakdown in communication between counsel for the parties, a Request for Entry of Default was submitted to the Clerk of the Court;

WHEREAS, on or about December 5, 2014, Plaintiffs requested Default against Defendants in this Action (Doc 15).

WHEREAS, Defendants desire and requested Plaintiffs stipulate to set aside the Default;

WHEREAS, Plaintiffs have considered and now agree to stipulate to set aside the Default; and

WHEREAS, the parties stipulate and agree to set aside the Clerk's entry of default against Defendants as set forth in the Stipulation below.

*STIPULATION*

NOW, THEREFORE, Plaintiff and Defendants, by and through their respective counsel of record, hereby stipulate as follows:

1. Defendant, Inderbir Singh Grewal's default, filed on December 4, 2014 (Doc 15), may be set aside;

2. Defendant Gunjit Grewal's default, filed on December 4, 2014 (Doc 15), may be set aside;

3. Grewal Brothers Farming's default, filed on December 4, 2014 (Doc 15), may be set aside;

4. Defendants' responsive pleading will be due within 14 days of the issuance of the Court's Order setting aside the defaults.

Date: December 11,, 2014               ZINDER & KOCH

                                       /s/ Jeffrey E. Zinder
                                       JEFFREY E. ZINDER
                                       Attorney for Plaintiff,
                                       FINANCIAL INDEMNITY COMPANY


Date: December 11, 2014                BONAKDAR LAW FIRM

                                       /S/ Roger S. Bonakdar
                                       ROGER S. BONAKDAR
                                       Attorney for Defendant,
                                       Lila Pablo-Martinez

## **ORDER**

The Court notes that the parties have stipulated, as set forth above, that Plaintiff's request for entry of default against Defendants was filed on account of an inadvertent breakdown of communication between counsel for the parties. (Docs. 15, 16). Pursuant to the parties' stipulation, the Clerk of Court declined to enter the default. (Doc. 17). Therefore, based on the foregoing stipulation, Defendants shall file a responsive pleading to the Complaint within fourteen (14) days of the date of issuance of this order.

IT IS SO ORDERED.

Dated:   **December 15, 2014**                    **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE