UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINANCIAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>INDERBIR SINGH GREWAL, et al.,<br><br>Defendants. | No. 1:14-cv-01332-DAD-EPG<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED<br><br>(Doc. No. 58) |

On March 8, 2016, cross-defendant Intervalley Insurance Services notified the court that this matter had been settled. (Doc. No. 58.) The court issued a minute order vacating all future hearing dates and providing that a stipulated dismissal was required to be filed by the parties no later than April 8, 2016. (Doc. No. 59.) The court warned in that minute order that "[i]f not received, the Court may dismiss the matter on its own authority." (*Id*.) Nonetheless, no stipulated dismissal was filed with the court. On April 21, 2016, the court contacted counsel in the case via email and counsel represented that the dismissal stipulation would be filed in ten days. However, that has still not occurred.

/////

/////

/////

/////

1

Accordingly, within fourteen days of the date of this order, counsel shall show cause in writing why sanctions should not be imposed for failure to comply with the court's orders. Alternatively, counsel may file the stipulated dismissal.

IT IS SO ORDERED.

Dated:   **May 10, 2016**                              /s/ Dale A. Drozd
                                                                      UNITED STATES DISTRICT JUDGE